JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R.,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br><br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:22-cv-05136-KES<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is reversed and this case is remanded for further proceedings consistent with the Opinion.

DATED: June 24, 2025

_____
KAREN E. SCOTT
United States Magistrate Judge

1